UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>CHING-CHEN LIN,<br><br>   Defendant. | Case No. 21-cv-01865-EJD<br><br>**ORDER TO SHOW CAUSE** |

On January 31, 2022, the parties filed a stipulated dismissal of this action. On June 13, 2023, Plaintiff Scott Johnson filed an *Ex Parte* Application for Entry of Stipulated Judgment, attaching a document identified as the parties' settlement agreement calling for the entry of a stipulated judgment should Defendant Ching-Chen Lin fail to make payments pursuant to the parties' settlement. Plaintiff additionally filed a declaration stating that Defendant has failed to make approximately half of the required payments, as well as the attorney fee amount described in the settlement. Accordingly, the Court hereby ORDERS Defendant to show cause why judgment should not be entered as stipulated. Defendant shall respond to this order by February 12, 2024, and the parties shall attend a show cause hearing on February 22, 2024, at 10:00 a.m., at 280 South 1st Street, 5th Floor, Courtroom 4, San Jose, CA 95113.

**IT IS SO ORDERED.**

Dated: January 22, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 21-cv-01865-EJD
ORDER TO SHOW CAUSE

1